UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE J. KIM and EUN SUN KIM,

Plaintiffs,

v.

WILMINGTON SAVINGS FUND SOCIETY, FSB,

Defendant.

C17-797 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for a temporary restraining order ("TRO"), docket no. 3, is STRICKEN without prejudice. Plaintiffs' motion for a TRO seeks to enjoin the King County Sheriff from conducting a sale of real property to satisfy a judgment in King County Superior Court Cause No. 14-2-29709-2 KNT, but plaintiffs have not named the King County Sheriff as a defendant in this matter or purported to serve him with a copy of their motion for a TRO.

(2) Plaintiffs are DIRECTED to show cause by June 9, 2017, why this action should not be dismissed for lack of subject matter jurisdiction and failure to state a cognizable claim. See *Reusser v. Wachovia Bank, N.A.*, 525 F.3d 855 (9th Cir. 2008) (observing that the *Rooker-Feldman* doctrine prohibits federal district courts from exercising appellate review over state court judgments, and that a federal action constitutes a de facto appeal when the claims raised are "inextricably intertwined" with the state court's decision (citing *D.C. Ct. of App. v. Feldman*, 460 U.S. 462 (1983), and *Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923)); *Sandpiper Vill. Condo. Ass'n, Inc. v. La.-Pac. Corp.*, 428 F.3d 831 (9th Cir. 2005) (holding that a district court's order enjoining entry of a state court judgment violated the Anti-Injunction Act, 28 U.S.C.

MINUTE ORDER - 1

§ 2283). In connection with any response, plaintiffs shall file copies of the order granting summary judgment, the judgment, and the order for sale entered in King County Superior Court Cause No. 14-2-29709-2 KNT. If no response is timely filed, this matter will be dismissed without prejudice.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to defendant Wilmington Savings Fund Society, FSB, Attn: Controllers Office, 500 Delaware Avenue, Wilmington, DE 19801, and to Deputy Sheriff Hugo Esparza, King County Courthouse, 516 Third Avenue, Room W-150, Seattle, WA 98104.

Dated this 31st day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2