UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE J. KIM and EUN SUN KIM,

Plaintiffs,

v.

WILMINGTON SAVINGS FUND SOCIETY, FSB,

Defendant.

C17-797 TSZ

ORDER

By Minute Order entered May 31, 2017, docket no. 4, the Court directed plaintiffs to show cause by June 9, 2017, why this action should not be dismissed for lack of subject matter jurisdiction and failure to state a cognizable claim. Plaintiffs were directed to file, along with any response to the Minute Order, copies of the order granting summary judgment, the judgment, and the order for sale entered in King County Superior Court Cause No. 14-2-29709-2 KNT. Plaintiffs did not timely file any response to the Minute Order. Instead, they filed an amended complaint, docket no. 7, which is not substantially different from the original complaint, and which continues to seek relief that is in the nature of appellate review over a state court judgment. *See Reusser v. Wachovia Bank, N.A.*, 525 F.3d 855 (9th Cir. 2008) (observing that a federal action constitutes a

ORDER - 1

de facto appeal from a state court judgment, which is precluded by the *Rooker-Feldman* doctrine, when the claims raised are "inextricably intertwined" with the state court's decision). Given plaintiffs' lack of response, this matter is hereby DISMISSED without prejudice for lack of subject matter jurisdiction and failure to state a cognizable claim. The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to CLOSE this case.

    IT IS SO ORDERED.

    Dated this 28th day of June, 2017.

/s/ Thomas S. Zilly

Thomas S. Zilly
United States District Judge